FORM 11-1

UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 11

| | |
|---|---|
| Trimil S.A.., <br><br>                    Plaintiff, <br><br>   v. <br><br> United States, <br><br>                    Defendant. | Court No.: 16-00025 <br><br> (and attached schedule) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff in this action requests that all papers be served upon him. The individual attorney, in the undersigned firm, who is primarily responsible for the litigation is <u>Robert B. Silverman</u>.

Dated:  October 29, 2024

/s/ *Joseph M. Spraragen*
Attorney

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
Firm

599 Lexington Avenue FL 36
Street Address

New York, NY 10022
City, State and Zip Code

(212) 557-4000
Telephone Number

jspraragen@gdlsk.com
E-mail Address

Schedule to Notice of Appearance

| COURT NOS. | CASE NAME | PARTY REPRESENTED |
|---|---|---|
| 05-00443 | Trimil S.A. v. United States | plaintiff |
| 05-00677 | Trimil S.A. v. United States | plaintiff |
| 06-00145 | Trimil S.A. v. United States | plaintiff |
| 06-00295 | Trimil S.A. v. United States | plaintiff |
| 07-00004 | Trimil S.A. v. United States | plaintiff |
| 07-00235 | Trimil S.A. v. United States | plaintiff |
| 07-00416 | Trimil S.A. v. United States | plaintiff |
| 08-00110 | Trimil S.A. v. United States | plaintiff |
| 08-00309 | Trimil S.A. v. United States | plaintiff |
| 09-00117 | Trimil S.A. v. United States | plaintiff |
| 09-00328 | Trimil S.A. v. United States | plaintiff |
| 09-00539 | Trimil S.A. v. United States | plaintiff |
| 10-00202 | Trimil S.A. v. United States | plaintiff |
| 10-00378 | Trimil S.A. v. United States | plaintiff |
| 11-00155 | Trimil S.A. v. United States | plaintiff |
| 11-00418 | Trimil S.A. v. United States | plaintiff |
| 12-00383 | Trimil S.A. v. United States | plaintiff |
| 07-00374 | GA Modefine v. United States | plaintiff |
| 08-00016 | GA Modefine v. United States | plaintiff |
| 08-00187 | GA Modefine v. United States | plaintiff |
| 08-00417 | GA Modefine v. United States | plaintiff |
| 09-00172 | GA Modefine v. United States | plaintiff |
| 09-00450 | GA Modefine v. United States | plaintiff |
| 10-00124 | GA Modefine v. United States | plaintiff |
| 10-00228 | GA Modefine v. United States | plaintiff |
| 11-00026 | GA Modefine v. United States | plaintiff |

12797807_1